IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROMELL C. STEVENS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 23-CV-456-SMY |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

Petitioner Romell C. Stevens filed this habeas corpus action pursuant to 28 U.S.C. § 2555 to collaterally attack his conviction (Doc. 1). He argued that his guilty plea was involuntary because of his counsel's mistakes, that his counsel failed to move to withdraw his guilty plea, and that his second counsel was ineffective at sentencing. The Court ultimately dismissed Stevens's Petition with prejudice (Doc. 6). This case is now before the Court for consideration of Stevens's Motion to Proceed *in Forma Pauperis* ("IFP") on Appeal (Doc. 14).

The Court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Stevens wishes to appeal the denial of habeas relief and certificate of appealability. He provides necessary details regarding his financial condition. Based on that information, the Court finds that he is indigent and that his appeal is taken in good faith. Accordingly, Stevens's Motion to Proceed *in Forma Pauperis* on Appeal (Doc. 14) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED: September 8, 2023**

**STACI M. YANDLE**
**United States District Judge**